# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK A. WUNCH,<br><br>　　　　　　　　　　Plaintiff,<br>vs.<br>JP MORGAN CHASE BANK, et al.,<br><br>　　　　　　　　　　Defendant. | CASE NO. 11CV2407 JLS (WVG)<br><br>**ORDER VACATING HEARINGS**<br><br>(ECF Nos. 4, 6) |

Presently before the Court are Defendants JP Morgan Chase Bank and California Reconveyance Company's motion to dismiss the complaint, (ECF No. 4), and Plaintiff's motion to remand case back to state court, (ECF No. 6). The hearing on the motions set for Thursday, February 16, 2012, is **HEREBY VACATED**, and the matters taken under submission without oral argument pursuant to Civil Local Rule 7.1(d)(1).

**IT IS SO ORDERED**.

DATED: February 10, 2012

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　Honorable Janis L. Sammartino
　　　　　　　　　　　　　　　　　United States District Judge

- 1 -　　　　　　　　　　　　　　　　　　　　　　　　　　　　　11cv2407