Veronica M. Aguilar, Esq., SBN 153288
THE LAW OFFICES OF VERONICA M. AGUILAR
402 West Broadway, Suite 1900
San Diego, California 92101

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| MARK A. WUNCH | CASE NUMBER 11CV2407 JLS (WVG) |
|---|---|
| v.  Plaintiff(s), | |
| JP MORGAN CHASE BANK, a New York Corporation, as successor in interest for WASHINGTON MUTUAL SAVINGS BANK, et al. Defendant(s). | NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c) |

PLEASE TAKE NOTICE: (*Check one*)

[X] This action is dismissed by the Plaintiff(s) in its entirety.

[ ] The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

[ ] The Cross-Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

[ ] The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

[ ] ONLY Defendant(s) _____

is/are dismissed from (*check one*) [ ] Complaint, [ ] Counterclaim, [ ] Cross-claim, [ ] Third-Party Claim brought by _____.

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).

3-28-12
Date

*Veronica M. Aguilar*
Signature of Attorney/Party
VERONICA M. AGUILAR, ESQ.

NOTE: *F.R.Civ.P. 41(a): This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.*

*F.R.Civ.P. 41(c): Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.*