Veronica M. Aguilar, Esq., SBN 153288
THE LAW OFFICES OF VERONICA M. AGUILAR
402 West Broadway, Suite 1900
San Diego, California 92101

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

MARK A. WUNCH

                              Plaintiff(s),

v.

JP MORGAN CHASE BANK, a New York
Corporation, as successor in interest for
WASHINGTON MUTUAL SAVINGS BANK, et al.
                              Defendant(s).

CASE NUMBER 11cv2407 JLS (WVG)

**AMENDED**
**NOTICE OF DISMISSAL PURSUANT
TO FEDERAL RULES OF CIVIL
PROCEDURE 41(a) or (c)**

PLEASE TAKE NOTICE: (*Check one*)

[X] This action is dismissed by the Plaintiff(s) in its entirety with Prejudice

[ ] The Counterclaim brought by Claimant(s) _____ is
dismissed by Claimant(s) in its entirety.

[ ] The Cross-Claim brought by Claimant(s) _____ is
dismissed by the Claimant(s) in its entirety.

[ ] The Third-party Claim brought by Claimant(s) _____ is
dismissed by the Claimant(s) in its entirety.

[ ] **ONLY** Defendant(s) _____

_____

is/are dismissed from (*check one*) [ ] Complaint, [ ] Counterclaim, [ ] Cross-claim, [ ] Third-Party Claim
brought by _____.

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).

_____4/12/12_____          _____Veronica M. Aguilar_____
          *Date*                      *Signature of Attorney/Party*
                                  VERONICA M. AGUILAR, ESQ.

**NOTE:** *F.R.Civ.P. 41(a): This notice may be filed at any time before service by the adverse party of an answer or of a motion for
summary judgment, whichever first occurs.*

*F.R.Civ.P. 41(c): Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive
pleading or prior to the beginning of trial.*